COLE, ADMR., ET AL., APPELLANTS, *v.* PINE RIDGE
APARTMENTS COMPANY II ET AL., APPELLEES.

[Cite as *Cole v. Pine Ridge Apts. Co. II* (1999), 87 Ohio St.3d 229.]

(Nos. 99–1244 and 99–1597—Submitted September
21, 1999—Decided November 24, 1999.)

*McDonald, Hopkins, Burke & Haber Co., L.P.A.,* and *Jerome W. Cook,* for appellants.

The discretionary appeal is allowed, and the certified conflict is accepted.

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Denham v. New Carlisle* (1999), 86 Ohio St.3d 594, 716 N.E.2d 184.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.